UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBIE'S COSTUME COMPANY, INC., a New York corporation, | No. |
| Plaintiff, | **COMPLAINT** |
| v. | |
| JOHN DOES 1-100, currently unknown individuals and entities, | |
| Defendants. | |

## I.   INTRODUCTION

1.      From humble roots as a single store in a working-class neighborhood of Queens, New York, the family owned and operated Rubie's Costume Company, Inc. has become the world's largest costume company.  Among its many successful products, Rubie's Costume Company sells a highly-recognizable and very popular full-body Inflatable T-Rex Costume.  Unfortunately, Rubie's Costume Company's success has spawned imitators seeking to profit from Rubie's Costume Company's innovation and world-famous products.  One imitator is the currently unknown manufacturer ("John Doe Manufacturer") that manufactures and sells an imitation T-Rex costume that infringes Rubie's Costume Company's copyright in the 2-D artwork and 3-D design of the Inflatable

COMPLAINT – Page 1

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

T-Rex Costume.  John Doe Manufacturer distributes its infringing T-Rex costumes to numerous companies and individuals which resell the costumes in the United States through e-commerce channels.  Rubie's Costume Company brings this lawsuit to stop John Doe Manufacturer's and its downstream resellers' infringement, and hold them accountable for their unlawful conduct.

## II.    PARTIES

2.    Rubie's Costume Company, Inc. is a New York corporation with its principal place of business in New York.  Rubie's Costume Company, along with its subsidiaries and affiliates, designs and manufactures costumes and accessories.  Rubie's Costume Company distributes and sells its renowned costumes throughout the world, including in the United States and to customers that sell through Amazon.com.

3.    The true identities of Defendants are not presently known to Rubie's Costume Company, and therefore have been named as "John Does."  On information and belief, the John Doe Manufacturer and its downstream resellers (collectively "John Doe Defendants") are individuals and entities who sell infringing T-Rex costumes in the United States through the online seller accounts identified in this Complaint.

## III.    JURISDICTION AND VENUE

4.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because Rubie's Costume Company's claim arises under the Copyright Act (17 U.S.C. §§ 101 et seq.).

5.    The Court has personal jurisdiction over Defendants because they transacted business and committed tortious acts within and directed to this District.  On information and belief, each of the Defendants contracted with a Washington-based company for the sale of the infringing products at issue in this case, and performed under that contract.  The numerous sales of the infringing products at issue in this case arise directly from Defendants' business with that Washington-based company.

COMPLAINT – Page 2

6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington, and because Defendants are subject to personal jurisdiction in this judicial district.

7.      Pursuant to Local Civil Rule 3(e)(1), intra-district assignment to the Seattle Division is proper because the claims arose in this Division where (a) the injuries giving rise to suit occurred, and (b) Defendants directed their unlawful conduct.

## IV.    FACTUAL ALLEGATIONS

### A.    Rubie's Costume Company

#### 1.    The World's Largest Costume Designer and Manufacturer— Family Owned and Operated

8.      Founded in 1951 by Rubin and Tillie Beige, Rubie's Costume Company first opened as a candy store.  The Beige family operated the store and lived behind it in a working-class neighborhood of Queens, New York.  Among many things, the store sold a variety of holiday masks and other accessories.  Seizing on the popularity of these items, in 1959, the Beige family moved a block away and opened up Rubie's Fun House to focus exclusively on selling holiday and novelty items.

9.      In the early 1970s, one of the founders' sons, Marc Beige, took over the company.  Marc quickly focused Rubie's Costume Company on making safe, high-quality, and iconic costumes for all occasions.  Rubie's Costume Company's focus on delivering world-class costumes to its customers revolutionized the modern costume industry.  Though Rubie's Costume Company is still very much a family owned and operated business headquartered in New York, the company now has offices around the world, employs over 3,000 people and has millions in annual sales.

10.     Today, Rubie's Costume Company designs and manufactures costumes and accessories that people around the world wear and use to celebrate nearly every holiday and special occasion.  In the U.S., Rubie's Costume Company produces costumes for

COMPLAINT – Page 3

everything from Mardi Gras to Halloween, to Christmas to Easter, and everything in between.

11.    One of the keys to Rubie's Costume Company's success is its ability to design and manufacture original costumes, taking the costume from a concept to a finished product distributed to millions of people around the world.  Rubie's Costume Company spends significant resources to create the infrastructure necessary to create its famous costumes.  Among other things, Rubie's Costume Company and its affiliates employ numerous full-time costume designers, and use a number of design professionals to convert its original drawings to three-dimensional costumes.

12.    Rubie's Costume Company also has the largest and most popular portfolio of character licenses in the costume industry.  Rubie's Costume Company devotes substantial resources to maintaining and updating this portfolio to reflect rapidly changing pop-culture and consumer demand.  Rubie's Costume Company manufactures and sells costumes from popular movies, such as Avengers: Infinity War, Aquaman and Star Wars.  It also produces costumes representing some of the most popular characters of all time such as Batman and Spider-Man.

## 2.    Rubie's Costume Company's Fight Against Infringement

13.    Rubie's Costume Company's popularity and success has led to the copying of its designs and infringement of its intellectual property by numerous companies and individuals around the world, including Defendants, who seek to profit from Rubie's Costume Company's ingenuity and success.

14.    In addition to the irreparable and obvious harm caused to Rubie's Costume Company by these bad actors, the sale of infringing and counterfeit costumes poses significant risks to consumers because infringing items are often unsafe and of inferior quality.  These risks are especially problematic as many of the counterfeit costumes are designed for and used by children.

COMPLAINT – Page 4

15.     The sale of infringing costumes—particularly on the internet—also harms the numerous legitimate businesses that purchase genuine costumes directly from Rubie's Costume Company.  The sale of inexpensive, infringing costumes creates an unfair market for Rubie's wholesale customers attempting to sell genuine products.

16.     Rubie's Costume Company takes this problem seriously, and it combats infringers around the globe in order to protect its retail and wholesale customers, as well as its own brand and intellectual property.

17.     Among other enforcement techniques, Rubie's Costume Company cooperates with law enforcement in a variety of regions to seize counterfeit or unsafe inventory.  Rubie's Costume Company also brings civil lawsuits, such as this one, against infringers to stop their misuse of Rubie's Costume Company's intellectual property, and their deceit of consumers.

**1.    Rubie's Costume Company's Inflatable T-Rex Costume**

18.     One of Rubie's Costume Company's most iconic products is an Inflatable T-Rex Costume, a picture of which is below:



COMPLAINT – Page 5

YARMUTH WILSDON PLLC

19.     The Inflatable T-Rex Costume constitutes an original work of authorship and copyrightable subject matter under the laws of the United States.  The Inflatable T-Rex Costume embodies original 2-D artwork, as well as an original 3-D design.

20.     Rubie's Costume Company's Inflatable T-Rex Costume was first published on July 31, 2015.

21.     Rubie's Costume Company has registered its copyright in the Inflatable T-Rex Costume with the United States Copyright Office, which issued Registration Number VA 2-108-559.  Attached as Exhibit A is a copy of the Certificate of Registration for the Inflatable T-Rex Costume.  The Certificate of Registration constitutes prima facie evidence of the validity of the copyright and of the facts stated in the certificate pursuant to 17 U.S.C. § 410(c).

22.     Since first publishing the Inflatable T-Rex Costume, Rubie's Costume Company has invested significant resources in advertising and marketing the Inflatable T-Rex Costume, which is sold through a variety of distribution channels throughout the United States (and the world), including online platforms and traditional brick and mortar stores.

23.     Rubie's Costume Company's efforts have been recognized by leading industry organizations.  At the 2018 Toy of the Year Awards (the toy industry's equivalent of the Academy Awards), the Inflatable T-Rex Costume won the Innovative Toy of the Year Award—and was the first costume to ever be nominated and the only costume to ever win the award.  As with an Oscar, this award demonstrates the costume's creativity, execution, popularity and success in the market.

24.     The Inflatable T-Rex Costume has also spawned a number of viral internet videos, which has further increased the popularity of the costume.[1]  For example, there is a

---

[1] A recent news report by Vulture documents the history of Rubie's Costume's Inflatable T-Rex Costume and the immense popularity of the costume.  *See* History of a Meme: The T-Rex Costume, at https://youtu.be/ypwlGj-an2M.

COMPLAINT – Page 6

 YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

YouTube channel called "Trex Tuesdays" that features videos of people in Inflatable T-Rex Costumes performing everyday tasks, and has nearly 15,000 followers.  Some of the videos from this site have received hundreds of thousands of views each.

25.     Rubie's Costume Company also markets the Inflatable T-Rex Costume using the famous Jurassic World name, logos and imagery—all of which Rubie's Costume Company licenses from Universal Studios.  The newest installment in the Jurassic World series of films was released in June 2018, and Rubie's Costume Company anticipates it will create significant interest in the Inflatable T-Rex Costume and further increase the popularity of the costume.

**B.     Defendants' Willful Infringement of Rubie's Costume Company's Inflatable T-Rex Costume**

26.     John Doe Manufacturer manufactures, distributes and sells an inflatable T-Rex costume that copies original elements of Rubie's Costume Company's Inflatable T-Rex Costume protected by copyright, and John Doe Manufacturer's T-Rex costume is substantially similar to Rubie's Costume Company's Inflatable T-Rex Costume.

27.     Below is an image of Rubie's Costume Company's Inflatable T-Rex Costume and Defendants' infringing costume:

//

//

//

COMPLAINT – Page 7

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| Rubie's Costume Company's Inflatable T-Rex Costume | John Doe Manufacturer's Infringing Inflatable T-Rex Costume |
|---|---|
|  | |

28.     John Doe Manufacturer's T-Rex costume copies original graphical and sculptural features from Rubie's Costume Company's Inflatable T-Rex Costume. These features include, but are not limited to, the exaggerated shape of the body and head of a t-rex and its proportions, the way of depicting the dinosaur's eye and the darkened region surrounding the eye, similar patterns composed of clusters of blocks and grass-like slash marks on the body, and a similar webbed pattern on the dinosaur's torso.

29.     On information and belief, Defendants copied Rubie's Costume Company's Inflatable T-Rex Costume in manufacturing their inflatable T-Rex costumes. Defendants had access to Rubie's Costume Company's Inflatable T-Rex Costume because (among other things) it has been publicly available since July 31, 2015 through numerous sales channels. On information and belief, John Doe Manufacturer began manufacturing and offering for sale its T-Rex costume after Rubie's Costume Company's Inflatable T-Rex Costume became publicly available.

30.     On information and belief, one or more of the John Doe Defendants operates the seller account named "Luckysun" (A3D9R55W5Q8HOV) on Amazon.com. Through that Amazon seller account, the John Doe Defendants advertise and sell one or more of

COMPLAINT – Page 8

1   John Doe Manufacturer's infringing versions of the T-Rex costume.  On September 28,

2   2018 and October 3, 2018 Rubie's Costume Company test purchased two total T-Rex

3   costumes from the "Luckysun" Amazon seller account and has confirmed that the costumes

4   are each the infringing John Doe Manufacturer T-Rex costume described above.

5          31.     On information and belief, one or more of the John Doe Defendants operates

6   the seller account named "HEYMA" (A2ZZZPMHYOI9NN) on Amazon.com.  Through

7   that Amazon seller account, the John Doe Defendants advertise and sell one or more of

8   John Doe Manufacturer's infringing versions of the T-Rex costume.  On September 28,

9   2018 and October 3, 2018 Rubie's Costume Company test purchased three total T-Rex

10  costumes from the "HEYMA" Amazon seller account and has confirmed that the costumes

11  are each the infringing John Doe Manufacturer T-Rex costume described above.

12         32.     On information and belief, one or more of the John Doe Defendants operates

13  the seller account named "AOSKA" (A2G6UEBMPDG0CB) on Amazon.com.  Through

14  that Amazon seller account, the John Doe Defendants advertise and sell one or more of

15  John Doe Manufacturer's infringing versions of the T-Rex costume.  On September 28,

16  2018, Rubie's Costume Company test purchased a T-Rex costume from the "AOSKA"

17  Amazon seller account and has confirmed that it is the infringing John Doe Manufacturer

18  T-Rex costume described above.

19         33.     On information and belief, one or more of the John Doe Defendants operates

20  the seller account named "GoPrime.online-shop" (A2NKKAP3SFL0N0) on Amazon.com.

21  Through that Amazon seller account, the John Doe Defendants advertise and sell one or

22  more of John Doe Manufacturer's infringing versions of the T-Rex costume.  On September

23  28, 2018, Rubie's Costume Company test purchased a T-Rex costume from the

24  "GoPrime.online-shop" Amazon seller account and has confirmed that it is the infringing

25  John Doe Manufacturer T-Rex costume described above.

26

COMPLAINT – Page 9

34.     On information and belief, one or more of the John Doe Defendants operates the seller account named "GABOSS STORE" (A2OEB468PWWY9F) on Amazon.com. Through that Amazon seller account, the John Doe Defendants advertise and sell one or more of John Doe Manufacturer's infringing versions of the T-Rex costume.  On October 3, 2018, Rubie's Costume Company test purchased a T-Rex costume from the "GABOSS STORE" Amazon seller account and has confirmed that it is the infringing John Doe Manufacturer T-Rex costume described above.

35.     On information and belief, one or more of the John Doe Defendants operates the seller account named "XONOR-US" (A1IBZ2YQ3N7KD1) on Amazon.com.  Through that Amazon seller account, the John Doe Defendants advertise and sell one or more of John Doe Manufacturer's infringing versions of the T-Rex costume.  On October 3, 2018, Rubie's Costume Company test purchased a T-Rex costume from the "XONOR-US" Amazon seller account and has confirmed that it is the infringing John Doe Manufacturer T-Rex costume described above.

36.     On information and belief, one or more of the John Doe Defendants operates the seller account named "BOBOO" (A3JOORNG3JX4WR) on Amazon.com.  Through that Amazon seller account, the John Doe Defendants advertise and sell one or more of John Doe Manufacturer's infringing versions of the T-Rex costume.  On October 9, 2018, Rubie's Costume Company test purchased a T-Rex costume from the "BOBOO" Amazon seller account and has confirmed that it is the infringing John Doe Manufacturer T-Rex costume described above.

37.     On information and belief, one or more of the John Doe Defendants operates the seller account named "Yuexi International Trade" (A1GGTH4P6V56SD) on Amazon.com.  Through that Amazon seller account, the John Doe Defendants advertise and sell one or more of John Doe Manufacturer's infringing versions of the T-Rex costume.  On October 9, 2018, Rubie's Costume Company test purchased a T-Rex costume from the

YARMUTH WILSON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

"Yuexi International Trade" Amazon seller account and has confirmed that it is the infringing John Doe Manufacturer T-Rex costume described above.

## V.   CAUSE OF ACTION

### Copyright Infringement (17 U.S.C. § 501)

38.   Rubie's Costume Company incorporates by reference the Factual Allegations contained in Sections I–IV as though set forth herein.

39.   The Inflatable T-Rex Costume constitutes an original work of authorship and copyrightable subject matter under the laws of the United States.

40.   Rubie's Costume Company is the sole owner of the copyright in the Inflatable T-Rex Costume, as demonstrated by the attached Certificate of Registration.

41.   On information and belief, Defendants copied, created derivative works of, distributed copies to the public, and/or displayed publicly the Inflatable T-Rex Costume, including the copyrighted original artwork and design of that product, without permission, license, or authorization of Rubie's Costume Company, thereby directly infringing Rubie's Costume Company's exclusive rights under 17 U.S.C. § 106.

42.   The foregoing acts of Defendants constitute infringement of Rubie's Costume Company's exclusive rights, in violation of 17 U.S.C. § 501(a).

43.   Defendants' actions were and are intentional, willful, wanton, and performed in disregard of Rubie's Costume Company's rights.

44.   Each of the Defendants is directly liable for each of their respective acts of infringement because they directly participated in the advertising, marketing, distribution and sale of the infringing products.

45.   John Doe Manufacturer is jointly and severally liable for all acts of infringement by each of the sellers described in this Complaint because John Doe Manufacturer formed part of the same product supply chain with each seller.

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

46.     Rubie's Costume Company has been and will continue to be damaged, and Defendants have been unjustly enriched, by Defendants' unlawful infringement of Rubie's Costume Company's copyright in an amount to be proven at trial.  Alternatively, Rubie's Costume Company is entitled to statutory damages under 17 U.S.C. § 504(c) against one or more of the seller-Defendants alleged in this Complaint.

47.     Rubie's Costume Company is entitled to injunctive relief pursuant to 17 U.S.C. § 502.  Rubie's Costume Company has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Rubie's Costume Company's copyright is unique and valuable property which has no readily determinable market value, (b) Defendants' continued infringement harms Rubie's Costume Company such that Rubie's Costume Company could not be made whole by a monetary award alone, and (c) Defendants' wrongful conduct, and the resulting damage to Rubie's Costume Company, is continuing.

48.     Rubie's Costume Company is also entitled to recover its attorneys' fees and costs of suit pursuant to 17 U.S.C. § 505 from one or more of the seller-Defendants alleged in this Complaint.

## VI.     PRAYER FOR RELIEF

Wherefore, Rubie's Costume Company respectfully prays for the following relief:

A.      That the Court enter judgment in favor of Rubie's Costume Company on all claims;

B.      That the Court restrain and enjoin Defendants, their directors, principals, officers, agents, representatives, employees, attorneys, successors and assigns, and all others in active concert or participation with it, from directly or indirectly infringing Rubie's Costume Company's copyright in the Inflatable T-Rex Costume;

COMPLAINT – Page 12

C.      That the Court enter an order requiring Defendants to provide Rubie's Costume Company a full and complete accounting of all amounts due and owing to Rubie's Costume Company as a result of Defendants' unlawful activities;

D.      An order under 17 U.S.C. § 503(b) directing the impoundment or destruction of all copies made or used in violation of the exclusive rights of Rubie's Costume Company, and all plates, molds, matrices, masters, tapes, film negatives, or other articles by means of which such copies may be reproduced.  Further, Rubie's Costume Company seeks an order impounding records documenting the manufacture, sale, or receipt of things involved in any such violation;

E.      That Defendants be required to pay the actual damages suffered by Rubie's Costume Company as a result of Defendants' infringement and any profits of Defendants that are attributable to the infringement and are not taken into account in computing the actual damages or, alternatively, statutory damages pursuant to 17 U.S.C. § 504(c);

F.      That Defendants be required to pay to Rubie's Costume Company both the costs of this action and the reasonable attorneys' fees incurred by Rubie's Costume Company in prosecuting this action; and

G.      That the Court grant Rubie's Costume Company such other, further, and additional relief as the Court deems just and equitable.

DATED this 18th day of October, 2018.

**YARMUTH WILSDON PLLC**

By: *s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: (206) 516-3800
Fax: (206) 516-3888
jroller@yarmuth.com

*Attorneys for Plaintiff Rubie's*
*Costume Company, Inc.*

COMPLAINT – Page 13

# **EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tayle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-108-559**

**Effective Date of Registration:**
June 27, 2018

## Title

**Title of Work:** T-REX COSTUME

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 31, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Imagination Design Studios, Limited
  **Author Created:** 2-D artwork, 3-D design
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Rubie's Costume Company, Inc.
601 Cantiague Rock Road, Westbury, NY, 11590, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Rubie's Costume Company, Inc.
**Name:** Aleem Aziz
**Email:** aaziz@rubies.com
**Telephone:** (516)333-3473
**Alt. Telephone:** (206)757-8097
**Address:** 601 Cantiague Rock Road
Westbury, NY 11590 United States

## Certification

Page 1 of 2

**Name:**  Cindy L. Caditz
**Date:**  June 27, 2018
**Applicant's Tracking Number:**  111264-2

---

**Copyright Office notes:**  Basis for Registration: Graphic and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.