The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBIE'S COSTUME COMPANY, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUO LI JIANG; BAI JIANG; FENG HUANG; DONGYUAN DENG; NENG LIU; XIA YA QIN; XIA BU; YUEXI INTERNATIONAL TRADING COMPANY; and JOHN DOES 1-11, currently unknown individuals and entities,<br><br>Defendants. | No. 2:18-cv-01531-RAJ<br><br>**ORDER GRANTING RUBIE'S COSTUME COMPANY'S MOTION TO CONFIRM SUFFICIENCY OF ALTERNATIVE SERVICE** |

    This matter is before the Court on Plaintiff Rubie's Costume Company, Inc.'s ("Rubie's") motion to confirm sufficiency of alternative service. Dkt. # 32. Having reviewed the motion and the remainder of the record, the Court finds that Rubie's service on Defendants Luo Li Jiang, Bai Jiang, Feng Huang, Dongyuan Deng, and Xia Ya Qin via registered e-mail with confirmation of delivery complies with this

ORDER - 1

1 | Court's previous Order granting alternative service (Dkt. # 23) and Fed. R. Civ. P.
2 | 4(f)(3).  Plaintiff's motion is **GRANTED**.
3 |       DATED this 12th day of May, 2020.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2