Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RUBIES II, LLC,

        Plaintiff,

v.

QUANZHOU HENG KAI BAG CO. LTD., et al.,

        Defendants.

No. 2:18-cv-01531-RAJ

MINUTE ORDER
TO SHOW CAUSE

The following Minute Order is made by direction of the court, the Honorable Richard A. Jones, United States District Judge:

On March 19, 2021, the Court granted Plaintiff's Motion to Substitute Parties. Since filing Plaintiff's Corporate Disclosure Statement on March 26, 2021, there has been no further action taken by Plaintiff in this matter.

It is ORDERED that Plaintiff show cause by **NOVEMBER 16, 2021** why this action should not be dismissed for Plaintiff's failure to prosecute.

DATED this 9th day of November, 2021.

        RAVI SUBRAMANIAN,
        Clerk of the Court

        */s/ Victoria Ericksen*
        Deputy Clerk to Hon. Richard A. Jones