| | |
|---|---|
| 1 | Hon. Richard A. Jones |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBIE'S II, LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUANZHOU HENG KAI BAG CO. LTD.; LUO LI JIANG; BAI JIANG; FENG HUANG; DONGYUAN DENG; NENG LIU; XIA YA QIN; XIA BU; YUEXI INTERNATIONAL TRADING COMPANY; and JOHN DOES 1-10, currently unknown individuals and entities, <br><br> Defendants. | No. 2:18-cv-01531-RAJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rubies II, LLC voluntarily dismisses this action.

DATED: November 15, 2021

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250

NOTICE OF VOLUNTARY DISMISSAL
No. 2:18-cv-01531-RAJ – Page 1



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

Fax: (206) 428-3251
Email: jroller@aretelaw.com

*Attorneys for Rubies II, LLC*

NOTICE OF VOLUNTARY DISMISSAL
No. 2:18-cv-01531-RAJ – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

**LAW OFFICES OF GARY K. MARSHALL**

Gary K. Marshall
9706 Fourth Avenue NE, Suite 320
Northgate Delta Building
Seattle, WA 98115
Phone: 206-524-0655
gmarshall@marshallcomputer.com

☐ E-mail
☐ U.S. Mail
☒ CM/ECF

*Attorneys for Defendant Truong Le*

Dated this 15th day of November, 2021 in Seattle, Washington.

/s/ Janet C. Fischer
Janet C. Fischer
Paralegal

NOTICE OF VOLUNTARY DISMISSAL
No. 2:18-cv-01531-RAJ – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250